FORMS TO BE USED FOR APPLICATIONS
OF HABEAS CORPUS UNDER 28 U. S. C. § 2254
(Formulario para peticiones de Habeas Corpus
bajo Titulo 28, § 2254)

*22-CV-1269 FAB*

**NAME** (Nombre): *Sr. Wilfredo Perez Mendez*

**PRISON NUMBER** (Número en la prisión): *n/a*

**PLACE OF CONFINEMENT** (Lugar de reclusión): *Ponce 676 Ponce PR.*

United States District Court for the District of *Puerto Rico*
(Tribunal de Distrito de los Estados Unidos para el Distrito de:)

**CASE NUMBER** (Número del caso): *ISCR 2015-01193*

**Civil No.**

To be supplied by the Clerk of the U.S. District Court.
(Será proporcionado por el Secretario del Tribunal de Distrito de los Estados Unidos.)

**FULL NAME**: Include name under which you were convicted
(Nombre completo: incluya el nombre bajo el cual fue condenado): *Wilfredo Perez Mendez*

**PETITIONER** (Peticionario)

**NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER**
(Nombre del alcaide, superintendente, carcelero o persona que tiene la custodia del peticionario.): *Administración De Correccion y Reh.*

**RESPONDENT** (Demandado)

and (y) *Tribunal General Mayaguez y Su Personal que vieron casos en Mayaguez PZ. más Fiscalía y Abogada, Mayaguez*

**THE ATTORNEY GENERAL OF THE STATE OF** (El Secretario de Justicia del Estado)

**ADDITIONAL RESPONDENT** (Segundo demandado)

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

Page -2-

   (Si el peticionario está impugnando un fallo que impuso una sentencia que ha de cumplirse en el futuro, deberá incluir el nombre del estado en que se dictó la sentencia. Si el peticionario tiene que cumplir una sentencia futura dictada por un tribunal federal y desea impugnar dicha sentencia, deberá radicar una moción bajo el Título 28 del Código de los EE.UU., sección 2255, en el tribunal federal que dictó el fallo.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Solicitud de Habeas Corpus por una persona
bajo custodia estatal)

1. This petition must be legibly handwritten or typewritten, signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question use reverse side of sheet.

   (Esta solicitud debe estar escrita a mano en letra clara o a maquinilla, firmada por el peticionario bajo pena de perjurio. Cualquier declaración falsa sobre algún dato importante podrá servir de base para un procedimiento y condena por perjurio. Todas las preguntas deben contestarse en forma concisa utilizando el espacio disponible en el formulario. De necesitar más espacio para contestar alguna de las preguntas, use el reverso de la página.)

2. Additional pages are not permitted. No citations of authorities need to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

   (No se permite usar páginas adicionales. No es necesario citar jurisprudencia. De someterse memorandos o alegatos, estos deberán someterse en un documento aparte.)

3. Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

   (Una vez pague la cantidad de $5.00 por derechos de radicación, su solicitud se radicará si la misma está en orden.)

4. If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which case you must execute the affidavit on the last page setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(Si usted no tiene el dinero para pagar los derechos de radicación, podrá solicitar autorización para proceder en forma de pobre, en cuyo caso deberá firmar la declaración jurada que aparece en la última página para establecer que no le es posible pagar por adelantado los derechos de radicación y las costas, ni ofrecer garantía por las mismas.)

5. Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(Sólo podrán impugnarse en una petición de Habeas Corpus las sentencias dictadas por un mismo tribunal. Si usted quiere impugnar las sentencias dictadas por distintos tribunales, ya sea en el mismo estado o en estados diferentes, deberá radicar solicitudes separadas para cada tribunal.)

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting each grounds for relief in the petition you file seeking relief from any judgment or conviction.

(Se le apercibe del hecho de que debe incluir todas las razones por las que solicita un remedio y los hechos que sustentan dichas razones en la solicitud que radique para pedir un remedio respecto a cualquier sentencia o condena.)

7. When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States district Court for the District of Puerto Rico whose address is: U.S. District Court for Puerto Rico
   Clerk's Office
   150 Carlos Chardon StreetOffice 150
   San Juan PR 00918-1767

(Una vez haya llenado debidamente la solicitud, deberá enviar por correo el original y dos copias a la Secretaria del Tribunal de Distrito de los E.U. para el Distrito de Puerto Rico, a la siguiente dirección:

U.S. District Court for Puerto Rico

Clerk's Office

150 Carlos Chardon StreetOffice 150

San Juan PR 00918-1767

Page -4-

8. Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

    (Las solicitudes que no cumplan con estas instrucciones se devolverán con una nota indicando la deficiencia.)

                              PETITION
                             (Petición)

1. Name and location of court which entered the judgment or conviction under attack:

    (Nombre y localización del tribunal que dictó la sentencia o condena que usted impugna.)
    _Tribunal General Mayaguez Pueblo Mayaguez, Puerto Rico_

2. Date of judgment or conviction: _7 - Oct de 2015_
    (Fecha de la sentencia o condena)

3. Length of sentence: _27 de Enero de Año 2052_
    (Término de la sentencia)

    Sentencing judge: _Juez. Superior Jose A. Montijo Romaiy_
    (Juez sentenciador)

4. Nature of offense or offenses for which you were convicted:
    (Naturaleza del delito o los delitos por los que usted fue condenado.)
    _Naturaleza de los Delitos Graves, Violación Técnica_
    _y Sus Modalidades. ect ect y otra_

5. What was your plea? Check one.
    (¿Cómo se declaró usted? Marque uno.)

    a) **Not-guilty** ( )   b) Guilty ( ✓ )   c) Nolo contendere ( )
       (**No culpable**)       (Culpable)

    If you entered a guilty plea to one count or indictment, and a not guilty plea as to another count or indictment, give details:
    (Si usted se declaró culpable de un cargo o una acusación, y se declaró no culpable de otro cargo o acusación, especifique:)
    _Por Todos los casos me declare Culpable un_
    _Pre-Acuerdo. " Por Precisión Fiscalia. ect. y otra_

Page -5-

6. Kind of trial. Check one.
   (Tipo de juicio. Marque uno.)

   a) Jury ( )        b) Judge only (✓)
      (Por jurado)       (Tribunal de Derecho)

7. Did you testify at the trial?         Yes ( )   No ( )
   (¿Testificó en el juicio?)             (Si)     (No)

8. Did you appeal judgment of conviction?  Yes ( )   No ( )
   (¿Apeló el fallo condenatorio?)          (Si)    (No)

9. If you did appeal, answer the following:
   (Si apeló, conteste lo siguiente:)

   a) Name of the court         N/A
      (Nombre del tribunal)

   b) Result                    N/A
      (Resultado)

   c) Date of result            N/A
      (Fecha del resultado)

   If you filed a 'second appeal or filed a petition for certiorari in the Supreme Court, give details:
   (Si usted radicó una segunda apelación o radicó una petición de certiorari en el Tribunal Supremo, dé detalles.)

   N/A

   X Nunca se me Ayudo en Ningun otro Proceso.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    (Aparte de una apelación directa del fallo condenatorio y la sentencia, ¿ha radicado usted anteriormente alguna petición, solicitud o moción respecto a dicho fallo en algún tribunal estatal o federal?)

                              Yes (✓)          No ( )
                              (Si)             (No)

Page -6-

11. If your answer to question 10 was "yes", provide the following:
(Si su contestación a la pregunta número 10 fue "si", indique lo siguiente:)

   a) 1. Name of court (Nombre del tribunal): Tribunal Mayaguez Pueblo PR.

   2. Nature of proceedings (Naturaleza de los procedimientos): Moción Rebaja Sentencia (No Halugar)

   3. Grounds raised (Razones aducidas): Primer Ofensor... No Fui Orientado Sobre el Pre-Acuerdo y Advine Si Advine en Conocimiento y Por eso Estoy, Acudiendo A Ayuda Tribunal Federal (Primer Ofensor)

   4. Did you receive an evidentiary hearing on your petition, application or motion? (¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o moción?)
   Yes ( )   No ( )
   (Si)       (No)

   5. Result (Resultado): No Ha Lugar 2016

   6. Date of result (Fecha del resultado): Fue Para Fecha de 2018.

   b) As to any second petition, application or motion give the same information:
   (Provea la misma información respecto a una segunda petición, solicitud o moción.)

   1. Name of court (Nombre del tribunal): Tribunal Mayaguez PR.

   2. Nature of proceedings (Naturaleza de los procedimientos): Moción Rebaja Sentencia (No Halugar)

   3. Grounds raised (Razones aducidas): 2016, 2018 ect No Fui Orientado Sobre El Proceso al que me Enfrentaba y su Naturaleza. ect

Page -7-

    4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o moción?)
Yes ( )   No (✓)
(Si)      (No)

    5. Result _No ha legar_
(Resultado)

    6. Date of result _2016    2018_
(Fecha del resultado)

c) As to any third petition, application, or motion give the same information:
(Dé la misma información respecto a una tercera petición, solicitud o moción.)

    1. Name of court _N/A_
(Nombre del tribunal)

    2. Nature of proceedings _N/A_
(Naturaleza de los procedimientos)

    3. Grounds raised _N/A_
(Razones aducidas)

_Si la Respuesta era la otra cosa. Me dejaron incomunicado en una Denucia que hizo Yaritza Anguiera._

    4. Did you receive an evidentiary hearing on your petition, application or motion?
(¿Le concedieron una vista para presentar pruebas en respuesta a su petición, solicitud o moción?)
Yes ( )   No (✓)
(Si)      (No)

    5. Result _N/A_
(Resultado)

    6. Date of result _N/A_
(Fecha del resultado)

    d. Did you appeal the result of any action taken on any petition, application or motion to the highest state court having jurisdiction?
(¿Apeló usted el resultado de cualquier resolución dictada respecto a su petición, solicitud o moción al tribunal estatal de más alta jerarquía con jurisdicción?)

      1) First petition, etc.    Yes ( )   No (✓)
         (Primera petición, etc.) (Sí)     (No)

      2) Second petition, etc.   Yes ( )   No (✓)
         (Segunda petición, etc.) (Sí)     (No)

      3) Third petition, etc.    Yes ( )   No (✓)
         (Tercera petición, etc.) (Sí)     (No)

    e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why not.
(Si no apeló la resolución adversa que se tomó en cuanto a cualquier petición, solicitud o moción, explique brevemente por qué no lo hizo:)

*No Fui Orientado en el Proseso. "Advine" en Conocimiento del Proseso. Pues desde ay Empece a Escribir pero sin Ningun Exito. Todo Fallo.*

12. State **concisely** every ground on which you claim that you are being held **unlawfully**. Summarize **briefly** the **facts** supporting each ground.
(Exponga brevemente cada una de las razones por las que usted alega estar detenido ilegalmente. Resuma brevemente los hechos que sustentan cada una de las razones.)

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

(ADVERTENCIA: Para poder iniciar un procedimiento en el tribunal federal, de ordinario debe usted agotar todos los recursos disponibles en los tribunales estatales en cuanto a cada una de las razones por las cuales solicita actuación judicial en el tribunal federal. Si desea obtener un remedio federal, exponga en esta petición todas las razones en que se ha basado anteriormente para agotar todos los recursos estatales. Si no expone tales razones en esta petición, más adelante podría verse impedido de presentarlas.)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.
(Para su información, incluímos a continuación una lista de las razones alegadas con mayor frecuencia al solicitar un remedio en un procedimiento de habeas corpus.)

Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held under custody unlawfully.

(Cada aseveración que está precedida por una letra constituye un motivo distinto para un posible remedio. Puede aducir cualquier otro motivo aparte de los enumerados si usted ha agotado todos los remedios estatales respecto de los mismos. Sin embargo, deberá incluir en esta petición todas las razones disponibles (relacionadas con esta condena) en las que basa su alegación de encontrarse detenido.)

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.
(Si seleccionara uno o más de uno de estas causas para solicitar un desagravio, deberá alegar los hechos que sustentan la razón o las razones que seleccione.)

Do not check any of the grounds listed below. This petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
(No marque ninguna de los motivos enumerados a continuación. Se le devolverá la petición si usted meramente marca de la "a" a la "j" o cualquiera de estas razones.)

- AL DORSO -



Page -10-

a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge and the consequences of the plea.
(La condena se obtuvo mediante una alegación de culpabilidad inducida ilegalmente, o no se hizo de forma voluntaria con conocimiento de la naturaleza del cargo y las consecuencias de declararse culpable.)

b) Conviction obtained by use of coerced confession.
(La condena se obtuvo por medio de una confesión bajo coacción.)

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure (where the state has not provided a full and fair hearing on the merits of the Fourth amendment).
(La codena se obtuvo mediante el uso de pruebas obtenidas como resultado de un registro y ocupación ilegales (donde el estado no concedió una vista exhaustiva y justa sobre los méritos que aduce la Cuarta Enmienda.))

d) Conviction obtained by use of evidence gained pursuant to an unlawful arrest, (where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.)
(La condena se obtuvo mediante el uso de pruebas obtenidas como resultado de un arresto ilegal (donde el estado no concedió una vista exhaustiva y justa sobre los méritos que aduce la Cuarta Enmienda.))

e) Conviction obtained by a violation of the privilege against self-incrimination.
(La condena se obtuvo mediante una violación del privilegio de no incriminarse a sí mismo.)

f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(La condena se obtuvo porque la fiscalía no cumplió con su deber constitucional de revelar al acusado las pruebas a su favor.)

g) Conviction obtained by a violation of the protection against double jeopardy.
(La condena se obtuvo mediante una violación de la protección a no ser procesado dos veces por el mismo delito.)

 h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(La condena se obtuvo mediante la actuación de un gran jurado o jurado de juicio seleccionado y constituido inconstitucionalmente.)

 i) Denial of effective assistance of counsel. Si
(Se le negó la asistencia legal adecuada.)

 j) Denial of right to appeal. Si
(Se le negó el derecho de apelación.)

 k) Sentence is in excess of maximum authorized by law. Si
(La condena excede el máximo autorizado por ley.)

Ground one: Que la Sentencia Ex-sede la Pena
(Primer motivo)
y El Maximo de la Misma Por la ley. + Mas El Juicio y Proceso fue un Proceso inadecuado invalido En Todo Momento, Se Nos Nego la Asistencia legal Justa, Nunca Buscaron la Verdad de la Justicia Fiscalia Solo Buscar Culpable No Busco Justicia Nunca

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

Que la Sentencia Es Muy alta y Me Sentenciaron como Si yo Ubiera Matado a una Persona, y eso como Medias Verdades En Todo Momento Se Violento Todo el Tiempo El Debido Proceso De la ley.

"Se Violento Todo El Debido Proceso de ley Mas Mi Representación legal, Nunca Busco la Verdad de la Justicia Mas El caso fue inadecuado.

Ground two: _Que ay Personal ó Personas_
(Segundo motivo)
_indefencivas que No se Pueden Defender_
_en el caso Presente. (Por que) en la_
_Violacion ay menores de Edad Embueltas ect._

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar casos ni leyes:)
_Que las Personas Embueltas Manipularon_
_las Pruebas A Su Favor y Taparon a_
_Conveniencia Su Trabajo inadecuado_
_La Representacion legal Violento sus_
_Canones de Etica Profesional y Judicial_
_Violando de Etica Profesional y Judicial. ect ect_

Ground three: _____
(Tercer motivo)
_Que Estos funcionarios implicados_
_En El caso en el Tribunal de Mayaguez_
_Nunca Buscaron a La Verdad de la Justicia_ ))

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar casos ni leyes:)

Page -13-

(Que Fiscalía), (Juez) (Dept de la Familia) y el Tribunal Tapareon Pruebas como las Pruebas que Hechos fueron La Protagonista me Hecho en Bebida un Acelerante Pepas en Bebida Alcolica Sustancias controladas en Bebida y alcohol.

Ground four:
(Cuarto motivo) No se Presentarón las Pruebas en Su Totalidad Solo A Favor De las otras Partes ect ect

Supporting facts (tell your story briefly without citing cases or law):
Hechos justificativos. (Relate brevemente su versión de los hechos sin citar precedentes ni leyes:)

La Agente me Entrevisto y Estube (11) Meses sin que Ellos osea Tribunal Justicia, Fiscalia y la Agente. Entonces No Encontraron a Nadie. Pues Volvieron A Buscarme Para Arrestarme, Osea el Supuesto Violador Solo con saber me ubieran Arrestado a la Hora de Eso.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not presented; and give your reasons for not presenting them:

(Si alguno de los fundamentos enumerados en el 12A, B, C, y D, no se ha presentado anteriormente, indique brevemente cuáles de los fundamentos no se presentaron y por qué razón:)

Page -14-

*Mas la Madre de la Victima hizo una Querrella, que Esa Evidencia, No se Presento, Nunca en Tribunal, Ni Fiscalia, Ni en el Dept De Justicia De PR, fueron Varias las Pruebas (NO) Presentadas Ect Ect.*

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    (¿Tiene usted alguna petición o apelación pendiente en algún tribunal en relación con la sentencia que está impugnando?)

    Yes ( )         No (✓)
    (Sí)            (No)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.
    (Provea el nombre y la dirección, si lo sabe, de cada uno de los abogados que lo representaron en las siguientes etapas de la sentencia que está impugnando.)

    a) At preliminary hearing: _____
       (En la vista preliminar)

    b) At arraignment and plead: _____
       (En la lectura de acusación y alegación)

    c) At trial: _____
       (En el juicio)

    d) At sentencing: _____
       (En la imposición de la sentencia)

    e) On appeal: _____
       (En la apelación)

Page -15-

    f)   In any post-conviction proceeding: _____
       (En cualquier proceso posterior a la condena)
       _____N/A_____

    g)   On appeal from any adverse ruling in a post-conviction proceeding:
       (En la apelación de cualquier decisión adversa en un proceso posterior a la condena.)
       _____N/A_____

16. Were you sentenced on more than one count of an indictment or information, or on more than one indictment or information in the same court at the same time?
(¿Lo sentenciaron en un mismo tribunal y a la vez por más de un cargo en una acusación del Gran Jurado o del Fiscal o por más de una acusación del Gran Jurado o del Fiscal?)

                    Yes ( )       No (✓)
                    (Sí)          (No)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
(¿Tiene que cumplir alguna otra sentencia después de que termine de cumplir la sentencia impuesta por el fallo que está impugnando?)

                    Yes ( )       No (✓)
                    (Sí)          (No)

    a)   If so, give name and location of court which imposed sentence to be served in the future.
       (De ser así, dé el nombre y localización del tribunal que impuso la sentencia que ha de cumplir en el futuro.)
       _____N/A_____

    b)   And give date and length of sentence to be served in the future.
       (Provea también la fecha y término de la sentencia que cumplirá en el futuro.)
       _____N/A_____

Page -16-

c)   Have you filed or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
(¿Ha radicado o piensa radicar alguna petición para impugnar el fallo bajo el cual se impuso la sentencia que ha de cumplir en el futuro?)

Yes (✓)         No ( )
(Sí)            (No)

WHEREFORE, movant prays that the Court grants the relief to which he may be entitled in this proceeding.

(POR TODO LO CUAL, el peticionario solicita que el Tribunal le conceda el remedio al que pueda tener derecho bajo este procedimiento.)

In
En  _Aguadilla PR 00605_ .

_____
Petitioner (Peticionario)

I declare under penalty of perjury that the foregoing is true and correct.
(Declaro so pena de perjurio que lo anterior es cierto y correcto.)

Signed this  _3_  day of  _junio_   19 _2022_ .
Firmado hoy      del mes de            19

_____
Petitioner (Peticionario)